UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:11-cr-124-FtM-29DNF

RANDALL S. KLUGE
_____

## OPINION AND ORDER

This matter comes before the Court on defendant's Motion for Early Termination of Supervised Release (Doc. #61) filed on December 23, 2014. The U.S. Probation Office opposes the request. For the reasons set forth below, the motion is denied.

Defendant seeks an early termination of supervision because he has been performing extremely well on supervision and has successfully completed 18 months of his 30 month term. Early termination of supervised release is permissible if, after considering the relevant factors in 18 U.S.C. § 3553(a), the Court concludes that early termination is warranted by the conduct of defendant and the interests of justice. 18 U.S.C. § 3583(e)(1). The Court finds that the interests of justice do not justify early termination in this case. Defendant had a prior violation in September 2012, for indirect contact with a victim in this case. Defendant admitted guilt, was sentenced to four months

imprisonment, and was placed on 30 months supervision. Petitioner has no new violations while on the current supervision, and has maintained employment. Given the nature of the underlying offense, the Probation Office views defendant as a high risk offender who continues to require community-based supervision in order to ensure the protection of th community and the previous victims.

Accordingly, it is now

**ORDERED**:

Defendant's Motion for Early Termination of Supervised Release (Doc. #61) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of January, 2015.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Randall Kluge